THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMINICK BONOMO, JAMES KIERNAN, RONALD KEITH KRAMER, WARREN DAVIDSON and FRANK E. RAU, Appellants, against HERMAN RUTHAZER, as Warden of the City Prison, Borough

of Manhattan, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ. [See *ante,* p. 934.]